AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF   NEVADA

ARTURO TORRES OCHOA,

       Plaintiff,          JUDGMENT IN A CIVIL CASE

V.

                       CASE NUMBER:   3:14-cv-00491-MMD-VPC

A. HERRERA, et al.,

       Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400 filing fee in compliance with this Court's September 23, 2014 order.

October 29, 2014                                    **LANCE S. WILSON**
                                                          Clerk

                                                          /s/ K. Rusin
                                                          Deputy Clerk